The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY ELIAS,<br><br>Defendant. | CASE NO. MJ24-729<br><br>COMPLAINT for VIOLATION<br><br>Title 21, U.S.C.<br>Sections 841(a)(1) and 841(b)(1)(A) |

BEFORE the Honorable S. Kate Vaughan, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Possession of a Controlled Substance with Intent to Distribute)

On or about November 18, 2024, in King County, within the Western District of Washington, JOHNNY ELIAS did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

//

COMPLAINT - 1
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

### (Unlawful Possession of Firearms)

On or about November 18, 2024, in King County, within the Western District of Washington, JOHNNY ELIAS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Uttering Counterfeit Obligations or Securities*, in violation of Title 18, United States Code, Section 472, in United States District Court for the Western District of Washington, under case number CR99-002-TSZ, on or about April 2, 1999; and

ii. *Unauthorized Use of Personal Identifying Information*, in violation of California Penal Code Section 530.5(a), in Superior Court of the State of California, County of Los Angeles, under case number YA044071;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is: a .380 caliber handgun and a .45 caliber handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, John Kewley, being first duly sworn on oath, depose and say:

### I.    INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Drug Enforcement Administration (DEA), currently assigned to the DEA Tacoma Resident Office (TRO) in the Seattle Field

COMPLAINT - 2
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Division. I am a criminal investigator of the United States within the definition of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 and Title 18 United States Code.

2.      Prior to my employment with the DEA, I worked as an Intelligence and Field Artillery Officer with the United States Army from August 2013 to April 2021. I received formal training at the DEA Basic Agent Training in Quantico, Virginia. The four-month Basic Academy included comprehensive, formalized instruction in, among other things: basic narcotic investigations, drug identification and detection, familiarization with United States narcotics laws, financial investigations and money laundering, identification and seizure of drug-related assets, organized crime investigations, physical and electronic surveillance, and undercover operations.

3.      During my law enforcement career, I have been involved in investigations of criminal offenses, including the offenses involved in the current investigation. I have participated in criminal investigations of illicit drug trafficking organizations, ranging from street-level dealers to major dealers, to include Mexico-based drug trafficking organizations. These investigations have also included the unlawful importation, possession with intent to distribute, and distribution of controlled substances; the related laundering of monetary instruments; the conducting of monetary transactions involving the proceeds of specified unlawful activities; and conspiracies associated with criminal narcotics offenses. These investigations have included use of the following investigative techniques: confidential informants; undercover agents; analysis of pen register, trap and trace, and toll records; physical and electronic surveillance; wiretaps; and the execution of search warrants. Through exposure to these criminal activities and the persons involved, I have gained basic knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers during their criminal activities, including their use of cellular telephones and other electronic devices to facilitate communications while avoiding law enforcement scrutiny. I have participated in and helped plan the

COMPLAINT - 3
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

execution of search warrants of locations associated with drug traffickers and their co-conspirators, such as residences, storage facilities, and vehicles.

4.      Additionally, I have authored and executed search warrants of various kinds and written reports in the course of investigations. These investigations have resulted in both state and federal prosecutions of individuals who have possessed, imported, or distributed controlled substances, including methamphetamine, heroin, cocaine, fentanyl powder and fentanyl pills, as well as the seizure of those illegal drugs and the proceeds from their sale.

5.      This affidavit is made in support of a complaint charging JOHNNY ELIAS with the offenses of: (1) Possession of a Controlled Substance with Intent to Distribute; in violation of Title 21, United States Code, Sections 841(a)(1), and (2) Unlawful Possession of Firearms, in violation of Title 18, United States Code, Section 922(g)(1).

6.      The facts set forth in this Affidavit are based on my own personal knowledge and investigation; information gained through my training and experience as a law enforcement agent; information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter; my own observations; and my review of documents and records related to this investigation.

7.      Because the limited purpose of this affidavit is to establish probable cause, not every fact known to me, or to other investigators, is included herein. I have set forth the facts that I believe are necessary for a fair determination of probable cause for the charges alleged in this Complaint.

## II.    SUMMARY OF PROBABLE CAUSE

9.      The United States, including the DEA, is conducting a criminal investigation of suspected drug trafficking involving JOHNNY ELIAS and others. During the course of this investigation, the DEA learned that ELIAS and others known and unknown are involved in manufacturing and distributing large quantities of controlled substances including fentanyl in western Washington.

COMPLAINT - 4
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Authorization of Historical Text Messages**

10.    Beginning in March 2024, investigators have obtained multiple search warrants to obtain historical text message content for target phones believed to be used by a target of the investigation, known only by an alias, who is suspected of supplying multiple individuals with large quantities of fentanyl pills. These target phones are referred to herein as TT27, TT30, and TT33.

11.    Through review of the historical text messages, I saw that TT27 was in contact with (425) 577-9052, which, according to Verizon subscriber data, was subscribed to Johnny ELIAS with a listed business name of JOHNNY ELIAS SR.LLC and an address in Puyallup, Washington. Verizon records showed that number (425) 577-9052 was deactivated on March 22, 2024.

12.    I have reviewed messaging content received via search warrants directed at the messaging services provider that indicates that the user of TT27 was engaging in significant drug trafficking using that phone. For example, on October 3, 2023, TT27 exchanged a series of text messages with phone number (425) 577-9052, subscribed to ELIAS, as follows:

October 3, 2023

9052:    I'm ready!

TT27:    Send me the address my friend

9052:    Safeway. 288th. And Military!

TT27:    She is far of that address brother cloud you go to

TT27:    ?

TT27:    She gonna be there like 30 min

9052:    I'll text you when I grab the $ from my house. Then I'll be on my way! 15 minutes from now.

TT27:    Thank you my friend

9052:    Yep.

COMPLAINT - 5
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9052:     I'll be there at 11:05

TT27:     Perfect

TT27:     I have a new guy is a lady with orange Mazda 3

TT27:     She gona be there same time

9052:     Ok. I'm in the same car. 2012 tan Malibu!

TT27:     Blue right?

9052:     Tan

9052:     I'll be there At 11:10 it's traffic on the freeway!

TT27:     Ok

9052:     4 clear right now. I'm waiting on him to bring me the $$. I'll text you when I'm on my way!

TT27:     Ok let me know brother

9052:     Ok.

9052:     I remember you told me the last time.. 43 was the best you could do for me the next time…

9052:     To be honest with you, it's peoples that have good qualities for .35/.40 I'm trying to stay with you because I like how you do business…

TT27:     You are not going to get that price in a not very long time because they are not going to produce them anymore, things will be difficult to get.

TT27:     For now the best price I can do is .45

9052:     I make them too. I'm just waiting on a new press to be delivered next month. How much for the F.?

TT27:     How much for the kilo?

9052:     Yep.

TT27:     Rn is 13500

COMPLAINT - 6
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9052:       Can you bring the 4 c's to the Safeway?

TT27:       Rn?

9052:       Yep. He's bringing me the $$ in 20 minutes

9052:       Can you send the other 2 c's & I'll pay you the 25 as soon as I get rid of them?

9052:       She can come now!

October 5, 2023

9052:       Those little ones I got the other day was 253 under…

TT27:       Really

9052:       Yeah! This is the 1st time they've been under…

TT27:       Let me ask the lady but you go 500 cheap

9052:       Even If I would've paid the 500 the still would've been under. It's ok. I'm just letting you know. I'm ready for 10K. More… & I have 1K. For you for the c. I still owe you 250 later today. I have to stay on this side. Can they come to Safeway again?

TT27:       Yes Ill let you know the time asap

December 1, 2023

TT27:       You want 2 clr right?

9052:       Yep.

13.     Based on my training, experience, and knowledge of coded drug terminology, I believe in the context of these text messages that the term "F" is drug slang for fentanyl, the term "clear" or "clr" is drug slang for methamphetamine, and the term "little guys" is drug slang for fentanyl pills. "F," "clear," and "little guys" are all common terms used in the clandestine drug trade to refer to these narcotics. In these conversations I believe ELIAS was ordering various quantities of methamphetamine and fentanyl pills from TT27. ELIAS also told TT27 at one point, "I make them too. I'm just waiting on a new press to be delivered next month" which I believe refers to the

COMPLAINT - 7
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

manufacturing of fentanyl pills through pressing the pills with a hydraulic pill press. Based on my training and experience, I also know the prices TT27 provides ELIAS are consistent with the prices of illicit controlled substances being sold in the Seattle and Tacoma areas.

14.    I have reviewed additional messaging content received via search warrant that indicates that the user of TT30, believed to be the same individual as the user of TT27, was continuing to engage in significant drug trafficking using that phone. For example, in May 2024, TT30 exchanged a series of text messages with TT31, believed to be used by ELIAS. Verizon records show that TT31 was listed under the same Verizon account associated with (425) 577-9052. Verizon records also show that TT31 was activated on March 21, 2024, which was one day prior to the deactivation of (425) 577-9052.

May 24, 2024

TT30:       My friend good morning

TT31:       My friend

TT30:       When youll need more little ones?

TT31:       I'm ready! I had to run to Los Angeles, to get some F. I'll be back Wednesday! It was spur of the moment, that's why I didn't get with you before I left.

TT30:       Ok cool Ill be ready Wednesday for you, take care

TT31:       Ok. Cool…

May 29, 2024

TT31:       My friend?

TT30:       Yes

TT31:       I'm ready!

TT30:       How many? 100?

TT31:       Unless you want to do more?? It's up to you!

COMPLAINT - 8
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TT31:   You know I can handle it!

TT30:   I think 100 is ok for now I want to keep some for my other people

TT31:   I think I can make them disappear pretty fast!

TT31:   You asked me how many? 200K. I'm ready to step up! It's about that time...

TT30:   Let me know a soon you are ready with this 100 and Im gonna be ready with more for you

TT30:   The Thing is I only have left 150 now, so 100 for you and 50 for my other ppl

TT30:   Ill get more in a couple days

TT31:   Come on my friend? You know it's guaranteed... Let's do the 150K. I'm sure you will have more in a few days... I can make better deals with more little guys!

TT30:   I cant leve them empty my friend Ill get more 2 days let me know if you are ready Im gonna be ready in 2 days my friend.

TT30:   I know you are good people but I think is ok if you get 100 and I keep the other 50 for small people

15.    Based on my training, experience, and knowledge of coded drug terminology, I believe in the context of these text messages that the term "little guys" is drug slang for fentanyl pills and the term "F" is slang for fentanyl powder, both common terms used in the clandestine drug trade to refer to these narcotics. I also believe, based on the suspected quantities being talked about, that ELIAS, using TT31, was trying to convince the user of TT30 to source him 200,000 fentanyl pills, to which TT30 responded by saying he only has "150" or 150,000 pills remaining at the moment, and agreed to source ELIAS "100" or 100,000 pills in order to keep "50" or 50,000 pills for the "small people" which I believe is in reference to drug customers that are ordering smaller quantities at a time.

COMPLAINT - 9
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16.    I have reviewed additional messaging content received via search warrant that indicates that the user of TT33, believed to be the same individual as the user of TT27 and TT30, was continuing to engage in significant drug trafficking using that phone. For example, in June, July, and August 2024, TT33 exchanged a series of text messages with TT31, believed to be used by ELIAS:

June 12, 2024

TT33:    My friend

TT31:    Yes

TT33:    I just buy 3 f and theyll have more in a 3-4 days Im gonna wait for them to send them

TT31:    Ok. I'll be ready with the little ones real soon...

TT33:    Cool one more thing for the little ones if you buy them cash Ill be available To do .55

TT33:    How many f youll need ?

TT31:    Ok. 100K

TT33:    100k little ones or F?

TT31:    When I finish up, I'm going to need100K. Little ones...

I don't know how many F's yet!

I might need all the F you get!

TT33:    Cool Ill give you All the f possible I think like 3 more weeks well have a lot of F as possible

TT33:    But this ones gonna be there like 5-7 days

TT31:    Ok

July 10, 2024

TT33:    My friend

TT33:    Are you available

TT31:    Yes

COMPLAINT - 10
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| TT33: | Yo want me to send you the 2 f rn |
| TT33: | Hes close |
| TT33: | I think |
| TT31: | Yes |
| TT33: | 7 min away |
| TT31: | Ok |
| TT33: | Hes there |
| TT33: | Youll need little ones also ? |
| TT31: | My competition is letting theirs go for .60 |
| | If I can get them .55 |
| | I can let them go for .60 as well … |
| | They will go a lot faster! |
| TT33: | Yes no worries |
| TT33: | Lets work |
| TT33: | Let me know |
| TT31: | Ok. Cool… |
| | I want the little ones… |
| | I would too owe you for them! |
| TT33: | No worries let me see how many I have and Ill let you know |
| TT31: | Ok. Cool… |
| TT33: | Ill send you 100k |
| TT33: | Are you ok with that? |
| TT33: | 12 min away |
| TT31: | Ok |

July 29, 2024

| TT33: | My friend |
| TT31: | Yes |

COMPLAINT - 11
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TT33:    You think could you help me with some paper rn ? I have to pay like 6.5k before 8?

TT33:    The f arrive like 12

TT33:    Also

TT31:    Yes sir!

TT33:    Can I send my guy rn?

TT31:    Yes!

TT31:    I have 15.5K

TT33:    Perfect hes 15 min away

TT31:    Ok

TT33:    Hes there

TT31:    Ok. 5 minutes away!

TT33:    Thank you

August 11 and August 12, 2024

TT31:    My friend!

TT33:    Yes

TT31:    I have the 77.5K right now!

The little ones are picking up!

I have some ppl coming to get them!

I'll be finished with them pretty soon...

TT33:    Perfect can I pick them up

TT33:    ?

TT33:    And Ill send you 5 more if you want

TT31:    Yes!

TT33:    25 min away

TT31:    Yep

TT33:    Hes there

COMPLAINT - 12
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TT33:       Thank you

TT31:       You're welcome!

TT33:       My friend

TT31:       Yes

TT33:       My guy said was 78.5

TT31:       Ok. I gave you 1K. Too much!

TT33:       Yes 1k extra

TT31:       Ok. Put it towards the 77.5K

TT33:       Yes no worries

17.    Based on training, experience, and familiarity with coded drug terminology, I believe that in the exchange on June 12, 2024, ELIAS (using TT31) told the user of TT33 that he needed 100,000 fentanyl pills ("little ones"), which TT33 agreed to supply. It also appears they discussed the arrival of "F" or fentanyl powder, which TT33 said will arrive in a few days. In the exchange on July 10, 2024, I believe that ELIAS and TT33 agreed to a purchase price of fifty-five cents per fentanyl pill ("If I can get them .55"). Additionally, TT33 appeared to once again agree to supply ELIAS with 100,000 fentanyl pills.

18.    Additionally, based on training, experience, and knowledge of coded drug terminology and prices, I believe on July 29, 2024, TT33 told ELIAS that a supply of fentanyl powder had arrived ("The f arrive like 12"). I believe ELIAS then agreed to purchase a kilogram quantity of fentanyl powder by agreeing to meet with TT33's courier and indicating that he (ELIAS) had $15,000 ("15.5K"), which I know based on familiarity with local drug prices to equate to the approximate dollar amount that a kilogram of fentanyl powder sells for in the Seattle area. Additionally, I believe on August 11 and 12, 2024, ELIAS and TT33 coordinated another drug transaction as supported by ELIAS telling TT33 that he (ELIAS) had the 77.5K, a reference I believe to mean $77,500 and likely a drug debt ELIAS owed TT33. I also believe that TT33 then

COMPLAINT - 13
United States v. Johnny Elias
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agreed to supply ELIAS with another five kilograms of fentanyl powder ("And Ill send you 5 more if you want").

### Execution of Search Warrant on Residence of JOHNNY ELIAS

19.     On November 15, 2024, United States Judge Magistrate David W. Christel authorized search warrants for ELIAS's residence in Federal Way, Washington, an additional residence associated with ELIAS in Auburn Washington, two vehicles associated with ELIAS, and ELIAS's person. Agents carried out the search warrants on November 18, 2024.

20.     Prior to agents arriving at ELIAS's Federal Way residence, agents saw ELIAS depart and detained him pending the search. There were no other persons present at the residence when agent arrived and conducted the search.

21.     In a locked portion of the garage of the Federal Way residence, agents found a commercial grade pill press along with equipment indicating that the garage was being used for the manufacturing of narcotics for distribution. The equipment included personal protective equipment, packaging materials, scales, powdered dyes, cutting and binding agents, pill stamps, and kilogram sized brick presses. Based on my training and experience, I know that this type of press and equipment is commonly used by drug traffickers to pack powdered narcotics into pills or condensed bricks in either pound or kilogram quantities. Agents were able to access the locked portion of the garage via a key on ELIAS' key ring that was found on his person.

//

//

COMPLAINT - 14
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

22.    I was able to view what appears to be the precise model of commercial pill press on the internet website for its manufacturer, LFA Machines. The pill press is advertised for sale at a price of $15,550 and is touted on the website as having the capacity to produce 39,600 tablets per hour. The pill press machine located in ELIAS's garage is pictured below.



COMPLAINT - 15
United States v. Johnny Elias
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

23. Also in the locked portion of the garage, within a locked tool cabinet, agents located: (1) a green Nike backpack that contained a Ziploc bag containing approximately 4,722.1 gross grams of a sealed blue powder, blue pills suspected to be fentanyl, and compressed brick-shapes suspected to be kilogram quantities of fentanyl powder; (2) a Walmart shopping bag that contained multiple Ziploc-type bags containing approximately 5,097.9 gross grams of blue pills suspected to contain fentanyl; (3) a black satchel bag containing multiple sealed plastic bags containing approximately 4,457.6 gross grams of chunky packed blue powder substance suspected to contain fentanyl; and (4) a brown paper bag containing multiple bottles containing approximately 2,996.3 gross grams of a liquid substance suspected to contain Lysergic Acid Diethylamide (LSD) and Pentobarbital. Agents were able to access the locked tool cabinet via keys on ELIAS's key ring that was found on his person. Some of the suspected narcotics are pictured below.

 

COMPLAINT - 16
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

24.     Many of the pills, including the blue pills in the bags depicted above, were stamped with "M" and "30," which is the insignia for prescription Oxycodone. I am aware that the most common way that drug traffickers distribute fentanyl pills is in the form of counterfeit blue Oxycodone pills bearing this insignia. Indeed, I have encountered many such pills in the course of investigations I have participated in, and they almost invariably are later determined to contain fentanyl. Based on my training, experience, and knowledge of this investigation, including the conversations in the text messages set forth above relating to fentanyl, I believe the pills found at ELIAS's residence likely contain fentanyl.

25.     In the upstairs master bedroom closet of the Federal Way residence, concealed within a false shelf, agents found a .380 caliber handgun with an inserted magazine loaded with multiple rounds of ammunition, a .45 caliber handgun with an inserted magazine loaded with multiple rounds of ammunition, and a pile of cash, along with papers addressed to JOHNNY ELIAS. The .380 caliber handgun bore a stamp indicating it was made in Alexandria, Virginia. The .45 caliber handgun bore stamps on the frame indicating it was made in Germany. The firearms and cash found in the false shelf are pictured below.



COMPLAINT - 17
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

26. In the closet of the middle level bedroom of the Federal Way residence, agents found a 7.62mm rifle along with a magazine with multiple rounds within the magazine.

27. I reviewed criminal history records for ELIAS which showed that he had prior felony convictions for: (1) Uttering Counterfeit Obligations or Securities, in violation of Title 18, United States Code, Section 472, in United States District Court for the Western District of Washington, under case number CR99-002-TSZ, on or about April 2, 1999; and (2) Unauthorized Use of Personal Identifying Information, in violation of California Penal Code Section 530.5(a), in Superior Court of the State of California, County of Los Angeles, under case number YA044071.

28. ELIAS told agents that he primarily lived at the Federal Way residence and was in the process of being evicted from the Auburn residence.

## III.   CONCLUSION

29. Based on the above facts, I respectfully submit that there is probable cause to believe that JOHNNY ELIAS did knowingly and intentionally possess, with intent to distribute controlled substances, namely, fentanyl, in violation of Title 21, United States

//

//

Code, Sections 841(a)(1) and 841(b)(1)(A), and did knowingly possess firearms, knowing he had been convicted of a felony crime, in violation of Title 18, United States Code, Section 922(g)(1).

_____
JOHN KEWLEY, Complainant
Special Agent
Drug Enforcement Administration

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 19th day of November, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT - 19
*United States v. Johnny Elias*
USAO#2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970