Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 11, 20 24

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNNY ELIAS,

Defendant.

NO. CR24-230 JLR

INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Possession of Controlled Substances with Intent to Manufacture and Distribute)**

On or about November 18, 2024, in King County, within the Western District of Washington, JOHNNY ELIAS did knowingly and intentionally possess, with the intent to manufacture and distribute, controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), heroin, and pentobarbital, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

//

Indictment - 1
*United States v. Johnny Elias*
USAO No. 2024R01274

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2

### (Unlawful Possession of Firearms)

On or about November 18, 2024, in King County, within the Western District of Washington, JOHNNY ELIAS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.     *Uttering Counterfeit Obligations or Securities*, in violation of Title 18, United States Code, Section 472, in United States District Court for the Western District of Washington, under case number CR99-002-TSZ, on or about April 2, 1999;

      ii.     *Unauthorized Use of Personal Identifying Information*, in violation of California Penal Code Section 530.5(a), in Superior Court of the State of California, County of Los Angeles, under case number YA044071, on or about March 1, 2001;

      iii.     *Possession of a Controlled Substance for Sale*, in violation of California Health & Safety Code Section 11351.5, in Superior Court of the State of California, County of Los Angeles, under case number TA013044, on or about April 13, 1992; and

      iv.     *Assault with a Deadly Weapon or Force Likely to Produce Great Bodily Injury*, in violation of California Penal Code Section 245(a)(1), in Superior Court of the State of California, County of Los Angeles, under case number TA011046, on or about January 28, 1991;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is: a .380 caliber Walther PPK handgun, a .45 caliber Sig Sauer handgun, and a Tula 7.62 caliber rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

//

Indictment - 2
*United States v. Johnny Elias*
USAO No. 2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, JOHNNY ELIAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds traceable to the offense and any property used, or intended to be used, to facilitate the offense including, but not limited to, the following property seized on or about November 18, 2024, in Federal Way, Washington:

     a.   one pill press;

     b.   one Walther PPK .380 caliber pistol;

     c.   one Tula SKS 7.62 caliber rifle; and

     d.   any associated ammunition.

Upon conviction of the offense alleged in Count 2, JOHNNY ELIAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the offense including, but not limited to, the following property seized on or about November 18, 2024, in Federal Way, Washington:

     a.   one Walther PPK .380 caliber pistol;

     b.   one Tula SKS 7.62 caliber rifle; and

     c.   any associated ammunition.

//

//

Indictment - 3
*United States v. Johnny Elias*
USAO No. 2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the Court;

        d.     has been substantially diminished in value; or,

        e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *11 Dec 24*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

MAX B. SHINER
Assistant United States Attorney

Indictment - 4
*United States v. Johnny Elias*
USAO No. 2024R01274

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970